# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# CHATTANOOGA DIVISION

| | | |
|---|---|---|
| HORACE JENKINS, | ) | |
| Plaintiff, | ) ) ) | |
| V. | ) | No. 1:22-cv-00130-TRM-SKL |
| MILLER INDUSTRIES, INC., | ) ) ) | |
| Defendant. | ) | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the parties hereby stipulate that all claims by Plaintiff against Defendant be and hereby are dismissed with prejudice.

Respectfully submitted,

/s/ R. Scott Jackson, Jr.
R. Scott Jackson, Jr. (TN 13839)
4525 Harding Road, Suite 200
Nashville, TN 37205
(615) 313-8188
(615) 313-8702 (facsimile)
rsjackson@rsjacksonlaw.com

John McCown (GA 486002)
Warren & Griffin, P.C.
300 West Emery Street, Suite 108
Dalton, GA 30720
(706) 529-4878
(706) 529-3890 (facsimile)
john.mccown@warrenandgriffin.com

Attorneys for Plaintiffs

/s/ William A. Blue, Jr.
William A. Blue, Jr. TN Bar No. 10378
Jill A. Evert, TN Bar No. 032093
Constangy, Brooks, Smith & Prophete, LLP
750 Old Hickory Blvd, Suite 260-2
Brentwood, TN 37027
Telephone: (615) 340-3800
zblue@constangy.com
jevert@constangy.com

Attorney for Defendant

**CERTIFICATE OF SERVICE**

I hereby certify that on the 14th day of April, 2023, a true and correct copy of the foregoing was filed electronically with the Clerk of Court to be served by operation of the Court's electronic filing system on William A. Blue, Jr. and Jill A. Evert, Constangy, Brooks, Smith & Prophete, LLP**,** 750 Old Hickory Blvd, Suite 260-2, Brentwood, TN 37027.

/s/ R. Scott Jackson, Jr.
R. Scott Jackson, Jr.